

```
CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY - 2
RELA 01/11/2007 12:45:08 PM
200701110433
```

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, **Mortgage Electronic Registration Systems, Inc.**, whose address is P.O. Box 7814, Ocala, FL 34478-7814, does hereby sell, assign, transfer and set over unto **Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Pass-Through Certificates, Series 2006-3**, whose address is c/o Wells Fargo Bank, N.A., 3476 Stateview Boulevard, Fort Mill, SC 29715, a certain mortgage from Felix R. Gonzalez III and Christina L. Gonzalez, husband and wife to Mortgage Electronic Registration Systems, Inc., dated December 30, 2005, recorded December 30, 2005, in Instrument No. 200512301139, in the office of the Cuyahoga County Recorder, secured by the following real estate:

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio

And known as being part of Original Rockport Township Section No. 12, bounded and described as follows: beginning on the Northwesterly side of Berwyn Avenue S.W., at the most Southerly corner of Sublot No. 18 in Cook and Beavis' West Park Allotment as recorded in Volume 25 of Maps, Page 3 of Cuyahoga County Records; thence Southwesterly along the Northwesterly side of Berwyn Avenue, S.W., 44 feet; thence Northerly and parallel with the Westerly line of said Sublot No. 18, 140.18 feet; thence Northeasterly and parallel with the Northwesterly side of Berwyn Avenue, S.W., 44 feet to the Northwesterly corner of Sublot No. 18; thence Southerly along the Westerly line of said Sublot, 140.18 feet to the place of beginning.

PROPERTY ADDRESS:
14148 BERWYN AVENUE
CLEVELAND, OH 44111

IN WITNESS WHEREOF, Mortgage Electronic Registration Systems, Inc. has set its hand this 8th day of January, 2007.

Mortgage Electronic
Registration Systems, Inc.

By: _____
Kevin Prieshoff
Assistant Secretary

STATE OF OHIO  
                        SS.  
COUNTY OF HAMILTON

    Before me, a Notary Public in and for said County and State, personally appeared Kevin Prieshoff, Assistant Secretary, of Mortgage Electronic Registration Systems, Inc., who acknowledged the signing thereof to be their free and voluntary act and deed and the free act and deed of said corporation.

    IN TESTIMONY WHEREOF, I have hereunto subscribed my name, and affixed my official seal on the day and year last aforesaid.

PAMELA K. TROXELL  
Notary Public, State of Ohio  
My Commission Expires  
June 4, 2008

_____  
Notary Public

This instrument was prepared by:

LERNER, SAMPSON & ROTHFUSS  
A Legal Professional Association  
P.O. Box 5480  
Cincinnati, OH 45201-5480